IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BUSINESS LOAN CENTER, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 05-0084-P-L |
| ) | |
| F/V SEA COMMANDER V, *in rem*, ) | ADMIRALTY *(in rem)* |
| ) | |
| Defendant. ) | |

JUDGMENT OF DISMISSAL

In accordance with the court's Order entered this date, it is ORDERED, ADJUDGED, and DECREED that this action by plaintiff Business Loan Center, L.L.C., against defendant, the F/V SEA COMMANDER V, *in rem*, is hereby DISMISSED with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. No further costs to be taxed.

DONE this 17th day of June, 2005.

   S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE